EX PARTE J. S. MAYS.

No. 20223. Delivered November 16, 1938.

The opinion states the case.

*R. L. Graves,* of Brownfield, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, JUDGE.—This relator stands charged with the offense of rape upon one Mattie Williams. He was denied bail upon a hearing before the district judge, and appeals from such order.

The details of this alleged offense are so sordid and revolting that they will not be set forth herein, nor commented upon. Suffice it to say that in our opinion the trial court was justified in refusing relator the privilege of bail, and his judgment denying bail to relator is therefore affirmed.